

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

NO. 2:06CR19 FL2

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL INFORMATION |
| ) | (Fed. R. Crim. P. 7) |
| KENNETH WAYNE CASHWELL ) | |

The United States Attorney charges that:

Between in or about May, 2003 and in or about August, 2005, in the Eastern District of North Carolina, KENNETH WAYNE CASHWELL, defendant herein, aiding and abetting another, knowingly possessed, received and concealed stolen firearms which had been shipped or transported in interstate or foreign commerce, knowing and having reasonable cause to believe the firearms were stolen, in violation of Title 18, United States Code, Sections 922(j), 924 and 2.

GEORGE E. B. HOLDING
United States Attorney

BY: JOHN H. BENNETT
Assistant United States Attorney
Criminal Division